804

OCTOBER 5, 1956.

No. 23, Misc. EDWARDS *v.* NEW YORK. On petition for writ of certiorari to the Court of Appeals of New York. Dismissed on motion of petitioner under Rule 60 of the Rules of this Court. *Curtis F. McClane* was on the motion to dismiss. With him on the petition was *John F. Finerty.*

OCTOBER 8, 1956.

No. 66. VAN HUFFEL TUBE CORP. ET AL. *v.* BOWERS, TAX COMMISSIONER OF OHIO. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Robert G. Day* for appellants. *C. William O'Neill,* Attorney General of Ohio, and *W. E. Herron,* Assistant Attorney General, for appellee.

No. 81. OTTAWA HUNTING ASSOCIATION, INC., *v.* KANSAS ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *James C. Wilson* for appellant. *John Anderson, Jr.,* Attorney General of Kansas, *Paul E. Wilson,* Assistant Attorney General, and *Noel Mullendore,* Special Assistant Attorney General, for appellees.

